ROSE SCHINDLER, Respondent, v. ROYAL INSURANCE COMPANY, Appellant.—

*Amd. by Laws of 1925, chap. 492.— [REP.        † Modfd., 257 N. Y. 73.

Order granting motion to strike out second affirmative defense in amended answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell and Davis, JJ., concur; Hagarty, J., dissents.